O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TOMMIE LEE FINLEY,  ) CASE NO. CV 13-01436 RZ
                    )
        Plaintiff,  )
                    ) JUDGMENT
    vs.             )
                    )
CAROLYN W. COLVIN,  )
Acting Commissioner of Social Security, )
                    )
        Defendant.  )
_____)

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the Commissioner's decision is AFFIRMED.

DATED: September 23, 2013

_____
RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE